David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY D. RYAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,<br><br>    Defendants.<br><br>DARLENE S. BEDFORD,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,<br><br>    Defendants. | Lead Case: 2:19-cv-00577-JCM-GWF<br>Member Case: 2:19-cv-00579-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT PENNYMAC LOAN SERVICES LLC'S MOTIONS TO DISMISS**<br><br>**(First Request)** |

## STIPULATION

Plaintiffs TIMOTHY D. RYAN and DARLENE S. BEDFORD ("Plaintiffs"), together with Defendant PENNYMAC LOAN SERVICES LLC ("PennyMac"), collectively the "Parties", respectfully submit the following Stipulation to allow Plaintiffs an extension to file a response to PennyMac's Motion to Dismiss, filed on May 29, 2019 (ECF Docket # 12 in Lead Case; ECF Docket #13 in Member Case) for fourteen (14) days to **June 26, 2019**. Currently, Plaintiffs' responses to the Motions to Dismiss is June 12, 2019.

The Stipulation is to accommodate Plaintiffs' counsel's schedule and allow the Parties to pursue settlement discussions. This is the Parties first requests for an extension.

IT IS SO STIPULATED this June 12, 2019.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Tenesa S. Powell |
| Shawn W. Miller, Esq. | Tenesa S. Powell, Esq. |
| Haines & Krieger, LLC | Akerman LLP |
| 8985 S. Eastern Avenue | 1635 Village Center Circle |
| Suite 350 | Suite 200 |
| Henderson, Nevada 89123 | Las Vegas, NV 89134 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant PennyMac* |

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: June 13, 2019