David Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com
Attorneys for Plaintiffs

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY D. RYAN,<br><br>           Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,<br><br>           Defendants. | Lead Case: 2:19-cv-00577-JCM-GWF<br>Member Case: 2:19-cv-00579-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTIONS WITH PREJUDICE** |
| DARLENE S. BEDFORD,<br><br>           Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,<br><br>           Defendants. | |

**STIPULATION**

      Plaintiffs TIMOTHY D. RYAN and DARLENE S. BEDFORD and Defendant PENNYMAC LOAN SERVICES, LLC hereby stipulate and agree that the above-entitled actions

shall be dismissed with prejudice as to, and only as to, PENNYMAC LOAN SERVICES, LLC, in accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: June 28, 2019

By: /s/David H. Krieger, Esq.
David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiffs*

By: /s/ Tenesa S. Powell, Esq.
Tenesa S. Powell, Esq.
Akerman LLP
1635 Village Center Circle
Suite 200
Las Vegas, NV 89134
*Attorneys for Defendant PennyMac*

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 2, 2019