David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiffs,
Timothy Ryan & Darlene Bedford*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY D. RYAN,<br><br>            Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,<br><br>            Defendants. | Lead Case:  2:19-cv-00577-JCM-GWF<br>Member Case: 2:19-cv-00579-APG-NJK<br><br><br>**STIPULATION AND ORDER DISMISSING CONSOLIDTED ACTION WITH PREJUDICE AS TO USAA FEDERAL SAVINGS BANK** |
| DARLENE S. BEDFORD,<br><br>            Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,<br><br>            Defendants. | |

TIMONTHY D. RYAN and DARLENE S. BEDFORD, Plaintiffs in the above captioned consolidated case, together with Defendant USAA Federal Savings Bank ("USAA"), collectively the "Parties," hereby stipulate and agree that Plaintiffs' claims against USAA in the above-entitled consolidated action shall be dismissed, with prejudice, in accordance with Fed. R. Civ. P. 41 (a)(2) as to USAA, and only as to USAA. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: October 30, 2019.

| | |
|---|---|
| /s/Shawn W. Miller | /s/Priscilla L. O'Briant |
| Shawn W. Miller, Esq. | Priscilla L. O'Briant, Esq. |
| Nevada Bar No. 7825 | LEWIS BRISBOIS BISGAARD & |
| HAINES & KRIEGER, LLC | SMITH LLP |
| 8985 S. Eastern Avenue | 6385 S. Rainbow Boulevard |
| Suite 350 | Suite 600 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89118 |
| *Attorney for Plaintiffs* | *Attorney for Defendant,* |
| *Timothy Ryan & Darlene Bedford* | *USAA FEDERAL SAVINGS BANK* |

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: \_\_\_\_October 31, 2019_____